# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN WATSON,<br><br>　　　　Petitioner,<br>　v.<br>J. SOTO, Warden,<br><br>　　　　Respondent. | Case No. CV 15-03210 BRO (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

Dated: February 18, 2016

　　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE